UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-7482 PA (ASx) | Date | September 6, 2024 |
|---|---|---|---|
| Title | Oren Franks v. Web Eye Care, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

Before the Court is a Complaint filed by plaintiff Oren Franks ("Plaintiff") on behalf of himself and a putative nationwide class against defendant Web Eye Care, Inc. ("Defendant"). The Complaint involves false advertising and pricing claims in Defendant's sale of contact lenses.  According to the Complaint, Plaintiff is a resident of New Jersey, and Defendant is a Pennsylvania corporation.[1]  The Complaint alleges that Defendant "has continuously transacted business in this district and ships its products to consumers who reside in this district."  (Compl. ¶ 10.)  The Complaint also includes a generalized allegation that California, as the most populous state, is likely to have more class members than any other state.  (Id. ¶ 93.)

Because neither the Plaintiff or Defendant is alleged to have a connection with California other than the conclusory allegations noted above, it is unclear why this action was filed in a District other than because Plaintiff retained counsel in the Central District of California ("Central District").  Because none of the parties reside in the Central District, and there are no well-pleaded allegations that any events or omissions related to Defendant's alleged deceptive advertising have any connection to the Central District, the Court orders the parties to show cause in writing why venue is proper in the Central District and why this action should not be dismissed or, in the alternative, transferred to the United States District Court for the District of New Jersey (where Plaintiff resides) or the Western District of Pennsylvania (where Defendant is incorporated), or another forum identified by the parties, for the convenience of the parties and witnesses, and in the interests of justice.  See 28 U.S.C. §§ 1404, 1406.  All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence.

To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to

---

[1]   The Complaint fails to identify Defendant's principal place of business.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-7482 PA (ASx) | Date | September 6, 2024 |
|---|---|---|---|
| Title | Oren Franks v. Web Eye Care, Inc. | | |

which forum is more convenient for the parties and witnesses:

1. Whether this action could have been brought in the District of New Jersey and the Western District of Pennsylvania;

2. Whether venue is appropriate in the District of New Jersey and the Western District of Pennsylvania;

3. What contacts, if any, each of the parties has to the Central District, the District of New Jersey and the Western District of Pennsylvania;

4. What connection Plaintiff's cause of action has to the Central District, the District of New Jersey and the Western District of Pennsylvania;

5. Which witnesses are expected to be called and where they reside;

6. The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District as compared to the District of New Jersey and the Western District of Pennsylvania;

7. The ease of access to sources of proof in each of the forums;

8. The expected difference in the cost of litigation in the Central District as compared to the District of New Jersey and the Western District of Pennsylvania; and

9. Whether there are any alternative forums, other than the Central District, the District of New Jersey and the Western District of Pennsylvania, that would be more convenient for this action, keeping in mind the foregoing inquiries.

Plaintiff is ordered to personally serve a copy of this Order on any defendant that has already been served with the Complaint within three (3) court days of the date of this Order or at the time of service for any defendant that has not already been served. Plaintiff is ordered to file its Response to this Order no later than **September 23, 2024.** Defendant may file a Response no later than the latter of **September 30, 2024**, or 21 days after they are served with the Summons and Complaint. Failure to timely and adequately respond to this Order may result in the dismissal or transfer of this action without further warning.

IT IS SO ORDERED.