UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREN FRANKS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>WEB EYE CARE, INC. and DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO.: 2:24-CV-07482-PA-AS<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on September 11, 2024, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 11, 2024

_____
Percy Anderson
United States District Judge

Order of Dismissal